Dear Judge:

FILED
FRONT COUNTER
2025 JUN 17 PM 4:02
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

I am writing to request a 30 day extension to do my bankruptcy credit counseling due to it being the last minute and my property will go to foreclosure. The lender was processing a loan modification but midway they scheduled a foreclosure sale.

I appreciate your consideration in this matter.


William Wayne Clay Boyden, Jr.

*[signature]*

June 17, 2025